PER CURIAM.
Affirmed. Leeks v. Dolling, 350 So.2d 10 (Fla. 4th DCA 1977); Sainer Constructors, Inc. v. Pasco County School Board, 349 So.2d 1212, 1214 (Fla. 2d DCA 1977); Waldman v. Frankel, 343 So.2d 1325 (Fla. 3d DCA 1977); Steisel v. Birnholz, 313 So.2d 125 (Fla. 3d DCA 1975); Dade County v. Moreno, 227 So.2d 548 (Fla. 3d DCA 1969); Laug v. Murphy, 205 So.2d 695 (Fla. 4th DCA 1968); Fort Walton Lumber & Supply So. v. Parish, 142 So.2d 346, 348 (Fla. 1st DCA 1962).